Deborah S Glunt
18 Dooley ST
Eighty Four, PA 15330
724-825-3139

#2-1541 -fee paid
Summons issued

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

### for the

Western District of Pennsylvania

_____ Division

2:23-cv-260

Deborah S. Glunt
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

84 Lumber
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

**FILED**

FEB 17 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.** **The Parties to This Complaint**

    **A.** **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Deborah S. Glunt |
| Street Address | 18 Dooley St. |
| City and County | Eighty Four, Washington |
| State and Zip Code | PA 15330 |
| Telephone Number | 724-825-3139 |
| E-mail Address | gluntd24@gmail.com |

    **B.** **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

"Pro Se"    Deborah S. Glunt
724-825-3139    18 Dooley St
Eighty Four PA 15330

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name                          84 LUMBER
Job or Title *(if known)*      HR Generalist
Street Address                1019 Route 519
City and County               Eighty Four - Washington
State and Zip Code            PA    15330
Telephone Number             724-228-8820 extension 2167
E-mail Address *(if known)*    Angela.Seaborn@84lumber.com
                              Heather.Kovaly@84lumber.com

Defendant No. 2

Name                          Craig Snethen - Attorney
Job or Title *(if known)*      Gordon & Rees
Street Address                707 Grant St, Suite 3800
City and County               Pittsburgh, Allegheny
State and Zip Code            PA    15219
Telephone Number             412·577-7400
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

DEBORAH GLUNT PRO SE
1808 DOOLEY ST.
Eighty Four, PA 15330
724-825-3139

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | 84 LUMBER |
| Street Address | 1019 Route 519 |
| City and County | Eighty Four  Washington |
| State and Zip Code | PA  15330 |
| Telephone Number | 724-228-8820 |

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

DEBORAH S. GLUNT "PROSE"
18 DOOLEY ST
EIGHTY FOUR PA 15330

724-825-3139

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [✓] Other acts *(specify)*: FAILURE TO ACCOMMODATE EMPLOYEE'S RELIGION

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
10/29/2021 ; 9/15/2021 ; 8/13/2021

C.    I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [✓] is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [✓] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)* _____

E.    The facts of my case are as follows.  Attach additional pages if needed. 84 LUMBER'S UNCONSTITUTION DISREGARD BY OMITTANCE OF RELIGIOUS EXEMPTIONS IN MANDATING VACCINES, FAILED ALL 'COVERED ASSOCIATES'; COERCING EMPLOYEES INTO RECEIVING THE VACCINES, OR RISK DISCIPLINE/TERMINATION, 84 LUMBER FAILED TO OFFER/PROVIDE ACCOMMODATIONS. IN THE ATTORNEY'S STATEMENT TO THE EEOC, INFORMATION WAS FALSELY SUBMITTED IN ITS STATEMENT. THAT I HAD RESIGNED, AS WELL THERE WAS NO WRITTEN/SIGNED DOCUMENTS TO SHOW UNDUE HARDSHIP BY THE EMPLOYER, I DID NOT HAVE POOR PERFORMANCE I HAVE DOCUMENTATION- PROVING THAT I DID NOT RESIGN, AS WELL AS TEXT MESSAGE THANKING ME FOR MY HARD WORK. I DO NOT

KNOW WHY THE EEOC DID NOTHING TO ACKNOWLEDGE THIS INFORMATION. 10/29/2021 I CLOCKED IN TO SAVE MY APPROVED VACATION DAY. I WAS ESCORTED OUT BY MANAGEMENT. I DID NOT RECEIVE AN EVALUATION OF MY PERFORMANCE SINCE JUNE 2020. AS, I WAS STILL FAIRLY NEW IN THE JOB, MY PERFORMANCE WAS NOT GOOD AT THIS TIME. THIS WAS THE SITUATION WHEN COVID BECAME A PANDEMIC. HOWEVER, MANAGEMENT DECIDED

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I WAS VALUABLE ENOUGH TO RECEIVE A COMPANY LAPTOP AND CONTINUE IN MY JOB DUTIES. I STILL USED THIS COMPANY PROVIDED LAPTOP TO WORK IN THE OFFICE, AS IT HAD TO BE ATTACHED TO THE DESKTOP COMPUTER UNTIL 10/29/21. THE NATIONAL COMPANY HAD OVER 100 EMPLOYEES, BUT ONLY THE 'COVERED ASSOCIATES' WERE FORCED INTO THIS COMPLIANCE. THIS WAS SINGLING OUT INDIVIDUALS BY THIS SELECTIVE DISCRIMINATION. I ENDURED COERCION TO COMPLY WITH THESE MANDATES - I DIDN'T TRUST THE 'EMERGENCY' VACCINE PROCESS. DUE TO MY CONSCIENCIOUS CONCERNS FOR MY SPIRITUAL AS WELL AS MY PHYSICAL BODY. 8/13/2021 - I PUT THIS IN WRITING. I WAS UNDER GRIEF AND MENTAL ANGUISH DURING THIS TIME. MY BROTHER DIED 30 DAYS FROM RECEIVING THE 2ND VACCINE. THERE WERE ALSO WEEKLY EMAILS/TESTIMONIALS THAT WERE HARASSING TO ME IN PERFORMING MY JOB. 9-15-2021 EMPLOYER NEGLIGENCE. I WAS FORCED TO RESEARCH THE MANUFACTURING PROCESS OF THE VACCINES. I HAD TO SEEK MEDICAL ASSISTANCE. I LEARNED, IN THIS SHORT PERIOD OF TIME, THE SCIENCE OF THE ABORTED FETUS CELLS THAT ARE CONTINUOUSLY SACRIFICED AND IMMORTALIZED, 'FOR THE GREATER GOOD' (See next page)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

10/29/2021

"PRO SE" - DEBORAH S. GLUNT
18 DOOLEY ST.
EIGHTY FOUR, PA 15330
724-825-3139

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*  11/23/2022.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

CONTINUED DISREGARD FOR MYSELF, & CONSTITUTIONAL RIGHTS. CONTINUING ONGOING PROCESS OF UNJUST TERMINATION WITH EEOC - TO RECEIVE RIGHT TO SUE OVER A YEAR. I ACQUIRED KNOWLEDGE OF PROCESSES I'D RATHER NOT KNOWN - THIS HAS CONFLICTED ME EMOTIONALLY, SPIRITUALLY, AND PHYSICALLY. I'M GOING FORWARD WITH THIS, SINCE I HAVE NOT RECEIVED JUSTICE. ACCOMMODATIONS SHOULD HAVE BEEN OFFERED. HARASSMENT/COERCION DOES NOT SHOW CONCERN BY AN EMPLOYER. I SOUGHT MEDICAL/PSYCHOLOGICAL HELP THAT I WAS FORCED INTO, TO BE COMPLIANT. KNOWING I HAVE A BLOOD DISORDER IS STRESS-INDUCING. UNEMPLOYMENT FOR 3 MONTHS & JOB SEARCHES CAUSED MORE STRESS - INSOMNIA - I AM NOT A QUITTER. - EVEN THOUGH 84 STATED THIS, MY EMPLOYMENT RECORD SHOULD SHOW VALUE.

DEBORAH S. GLUNT 'PRO SE
18 DOOLEY ST
EIGHTY FOUR, PA 15330

I PASS 84 LUMBER DAILY ON MY DRIVE TO WORK-GAS PRICES ARE OUTRAGEOUS, I DROVE 5 MINUTES TO 8 MY DRIVE IS NOW 20+ MINUTES. WORK SCHEDULE CHANGED. I WAS UNEMPLOYED FROM 2/23/2022 - 5/23/2022 I HAVE NO TAX REFUND DUE TO INCOME/HEALTH INSURANCE. I HAD A RETIREMENT ACCRUING. I HAVE BEEN WORKING IN SEEKING REPRESENTATION AND AM CONCERNED, FINISHING THIS PROCESS ON MY OWN, I WANT MY TIME LOST, MY EFFORTS VALUED. MY WHOLE BEING OF WHAT IT WAS.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   2/15/2023

Signature of Plaintiff   Deborah S. Glunt

Printed Name of Plaintiff   Deborah S. Glunt

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____